# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| APRIL JAMES, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| THE LEGACY SENIOR COMMUNITIES, | § | Civil Action No. 4:23-cv-00214-SDJ |
| INC., THE LEGACY AT HOME, INC. | § | |
| THE LEGACY AT MIDTOWN PARK, | § | |
| INC., AETNA LIFE INSURANCE | § | |
| COMPANY, | § | |
|     *Defendants*. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with FED. R. CIV. P. 41(a)(1)(ii), Plaintiff April James ("Plaintiff" or "James") and Defendants The Legacy Senior Communities, Inc., The Legacy Midtown Park, Inc., and The Legacy at Home, Inc. ("Legacy Defendants") (collectively, the "Parties") file this *Joint Stipulation of Dismissal with Prejudice*. The Parties have resolved all disputes between them by way of a mutually-agreed settlement. The Parties thus move the Court to dismiss this lawsuit with prejudice, with the each to bear their own costs and attorney's fees.

|  |  |
|---|---|
| /s/ Brent Sedge<br>Brent Sedge<br>Texas Bar No. 24082120<br>**FISHER & PHILLIPS LLP**<br>500 North Akard, Suite 3550<br>Dallas, TX 75201<br>Telephone: (214) 220-9100<br>Facsimile: (214) 220-9122<br>*bsedge@fisherphillips.com*<br><br>Pamela Williams<br>Texas Bar No. 00784017<br>**FISHER & PHILLIPS LLP**<br>910 Louisiana Street, Suite 4000<br>Houston, Texas 77002<br>Telephone: (713) 292-0150<br>Facsimile: (713) 292-0151<br>*pwilliams@fisherphillips.com*<br><br>**ATTORNEYS FOR<br>LEGACY DEFENDANTS** | Respectfully submitted,<br><br>**TREMAIN ARTAZA PLLC**<br><br>/s/ Christine Hopkins (w/permission-BS)<br>Carmen Artaza<br>Texas Bar No. 24055114<br>Christine A. Hopkins<br>Texas Bar No. 24095768<br>4925 Greenville Ave, #200<br>Dallas, TX 75206<br>Direct: (469) 573-0297<br>Fax: (214) 254-4941<br>*carmen@tremainartaza.com*<br>*christine@tremainartaza.com*<br><br>**ATTORNEYS FOR PLAINTIFF<br>APRIL JAMES** |

# CERTIFICATE OF SERVICE

In accordance with FED. R. CIV. P. 5(b), I certify that I filed the Parties' *Joint Stipulation of Dismissal with Prejudice* with the Clerk for the United States District Court for the Eastern District of Texas on March 22, 2024, using the Court's Electronic Case Filing system. The Court's system will send a Notice of Electronic Filing to all counsel of record, including the following persons:

Carmen Artaza (*carmen@tremainartaza.com*)
Christine A. Hopkins (*christine@tremainartaza.com*)
**TREMAIN ARTAZA PLLC**
4925 Greenville Ave, #200
Dallas, TX 75206

**ATTORNEYS FOR PLAINTIFF
APRIL JAMES**

/s/ Brent Sedge
Brent Sedge